USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IAN VASQUETELLES,

                Plaintiff,

- against -

LHCSA HOME HEALTH
HOLDINGS, LLC, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

22-CV-3525 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

WHEREAS, the docket indicates in a final report of the mediator on July 28, 2022 that a mediation was not held in this case as the parties represent that they have reached a settlement on all issues (Dkt. No. 14);

IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than August 29, 2022** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties should submit their settlement papers to Judge Carter, unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c). Consent forms are available on the Court website.

      **SO ORDERED.**

Dated: July 29, 2022
      New York, New York

                                                            _____
                                                            JAMES L. COTT
                                                            United States Magistrate Judge