USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/24/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

Ian Vasquetelles, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                        *Plaintiff*,

      - *against* -

LHCSA Home Health Holdings, LLC, LHCSA Management LLC, and Honor Health Network, LLC,

                        *Defendants*.
---------------------------------------------------------------X

Case No.: 1:22-cv-03525

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants LHCSA Home Health Holdings, LLC, LHCSA Management LLC, and Honor Health Network, LLC (collectively, the "Defendants"), having offered to allow Plaintiff Ian Vasquetelles (the "Plaintiff") to take a judgment against the Defendant in this action for the total sum of Thirty Thousand Dollars ($30,000), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendant's offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $30,000.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____August   24_____, 2022
       New York, New York

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
Andrew L. Carter, Jr.
U.S.D.J.